# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160

June 26, 2026

**VIA CM/ECF**
Honorable Judge Jeanette A. Vargas
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:    *Norris v. Mulberry Street Cigar Corp., et al.*
       *Case 1:24-cv-08858-JAV*

Dear Judge Vargas:

The undersigned represents the Plaintiff in the above-captioned matter. The Initial Pretrial Conference in this matter is currently scheduled for July 2, 2026, at 3:00 p.m., in Your Honor's Courtroom.

The undersigned recently heard from counsel for Defendant, 385 Broome Owner LLC., Alexander Fotopoulos. During our conversion today, June 26, 2026, the parties engaged in productive settlement discussion and are attempting to settle the case. Therefore, respectfully request an Adjournment of (14) days.

Alternatively, and in the event that this conference is not adjourned, we respectfully request leave to appear telephonically at said conference since undersigned counsel is currently out of the country in Asia.

Thank you for your consideration of this second adjournment request.

Sincerely,

The parties request for an adjournment is GRANTED. The Initial Pretrial Conference set for July 2, 2026 is adjourned sine die. The parties are directed to file a joint status report by July 16, 2026.

SO ORDERED.

Dated: June 29, 2026

*Jeannette Vargas*
JEANNETTE A. VARGAS
United States District Judge

By:_/S/ B. Bradley Weitz_____
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 400
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com